**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: DESIGNATION OF : No. 389
ADMINISTRATIVE JUDGE OF THE :
CRIMINAL DIVISION OF THE COURT : COMMON PLEAS JUDICIAL
OF COMMON PLEAS OF ALLEGHENY : CLASSIFICATION
COUNTY, FIFTH JUDICIAL DISTRICT :

## ORDER

**PER CURIAM**

Whereas, Judge Jill E. Rangos, has honorably served as Administrative Judge of the Criminal Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District since January 2, 2019; and

Whereas, Judge Rangos has decided to step down as Administrative Judge.

**AND NOW,** this 2nd day of August, 2024, it is hereby ORDERED as follows:

This Court's Order of December 24, 2018, designating the Honorable Jill E. Rangos as Administrative Judge of the Criminal Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, is vacated, effective September 3, 2024.

In accord with Pa.R.J.A. No.706(d), the Honorable Bruce R. Beemer is appointed Administrative Judge of the Criminal Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, to serve for a term of three years or at the pleasure of this Court until such time as this Court by subsequent order appoints a new administrative judge. This appointment shall take effect on September 3, 2024.